THE PEOPLE OF THE STATE OF NEW YORK ex rel. ASHWOOD REALTY CORPORATION, Respondent, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Defendants, and Alliance Realty Company, Intervener Appellant.

Argued May 17, 1943; decided June 18, 1943.

*Israel Tilden* and *Richard G. Babbage* for appellant.

*Israel Hoffman* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.